1132

No. 97–7314. ZAMBRANO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–7315. WINBUSH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7316. WILSON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 97–7317. STEHLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7321. SPURLOCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7322. ORTIZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7323. SOMMERS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–7324. QUILCA-CARPO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7325. SCHIFFLET v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7326. MORRISON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7328. KEMMISH v. UNITED STATES (two judgments). C. A. 9th Cir. Certiorari denied.

No. 97–7329. KESELICA v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 97–7330. LOVELACE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7335. TILLI v. SMITH ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7336. NEWTON v. MOTEN. C. A. 10th Cir. Certiorari denied.

No. 97–7341. RITZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.